JS-6

1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**
9 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
10
11 DARREN MILLAM; and           Case No. 5:21-cv-01500-JWH-SHK
DONALD SPRINKEL, individually
12    and on behalf of all others situated,    **JUDGMENT**
13          Plaintiffs,
14       v.
15 ENERGIZER BRANDS, LLC; and
ENERGIZER HOLDINGS, INC.,
16
          Defendants.
17
18
19
20
21
22
23
24
25
26
27
28

1       Pursuant to the "Order Granting Defendants' Motion to Dismiss

2  Plaintiffs' Amended Complaint" [ECF No. 43] filed concurrently herewith, and

3  in accordance with Rules 12(b)(6) and 58 of the Federal Rules of Civil

4  Procedure, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

5       1.    This Court possesses subject matter jurisdiction over the above-

6  captioned action pursuant to 28 U.S.C. § 1332.

7       2.    The operative pleading is the first amended complaint (the

8  "Amended Complaint") [ECF No. 22] of Plaintiffs Darren Millam and Donald

9  Sprinkel, individually and on behalf of all others situated (collectively,

10 "Plaintiffs").

11      3.    Defendants Energizer Holdings, Inc. and Energizer Brands, LLC

12 shall have **JUDGMENT** in their **FAVOR**, and **AGAINST** Plaintiffs.  Plaintiffs

13 shall take nothing by way of their Amended Complaint.  This action is

14 **DISMISSED**.

15      4.    Other than potential post-judgment remedies (including those

16 provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent

17 that any party requests any other form of relief, such request is **DENIED**.

18      **IT IS SO ORDERED.**

19

20 Dated: _____ January 30, 2023

21      John W. Holcomb
        UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28