Robert C. Schubert (No. 62684)
Amber L. Schubert (No. 278696)
**Schubert Jonckheer & Kolbe LLP**
2001 Union St Ste 200
San Francisco, CA 94123
Ph: 415.788.4220
Fx: 415.788.0161
rschubert@sjk.law
aschubert@sjk.law

*Attorneys for Plaintiffs Darren Millam and Donald Sprinkel*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **Darren Millam** and **Donald Sprinkel**, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> **Energizer Holdings, Inc.** and **Energizer Brands, LLC**, <br><br> Defendants. | Case No. 5:21-cv-01500-JWH-SHK <br><br> **Notice of Appeal** |

Notice is hereby given that plaintiffs Darren Millam and Donald Sprinkel, individually and on behalf of all others similarly situated, in the above-captioned case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on January 30, 2023 (ECF 46) and all orders that merged into the judgment, including the Order Granting Defendant's Motion to Dismiss Plaintiffs' Amended Complaint (ECF 43).

Plaintiffs' Representation Statement is attached hereto.

DATED: March 1, 2023

**SCHUBERT JONCKHEER & KOLBE LLP**

BY: /s/ Amber L. Schubert

Robert C. Schubert (No. 62684)
Amber L. Schubert (No. 278696)
**Schubert Jonckheer & Kolbe LLP**
2001 Union St Ste 200
San Francisco, CA 94123
Ph: 415.788.4220
Fx: 415.788.0161
rschubert@sjk.law
aschubert@sjk.law

*Attorneys for Plaintiffs Darren Millam and Donald Sprinkel*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Darren Millam
Donald Sprinkel

Name(s) of counsel (if any):
Robert C. Schubert, Schubert Jonckheer & Kolbe LLP
Amber L. Schubert, Schubert Jonckheer & Kolbe LLP

Address: 2001 Union St Ste 200, San Francisco, CA 94123

Telephone number(s): 415-788-4220

Email(s): rschubert@sjk.law, aschubert@sjk.law

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Energizer Holdings, Inc.
Energizer Brands, LLC

Name(s) of counsel (if any):
Robert Herrington, Greenberg Traurig, LLP

Address: 1840 Century Park East, Suite 1900, Los Angeles, CA 90067

Telephone number(s): 310-586-7700

Email(s): HerringtonR@gtlaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:
Energizer Holdings, Inc.
Energizer Brands, LLC

Name(s) of counsel (if any):
Camile Papini-Chapla, Greenberg Traurig, LLP

Address: 1144 15th St, Suite 3300, Denver, CO 80202

Telephone number(s): 303-572-6569

Email(s): Papinichaplac@gtlaw.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**　　　　　　　　　　　　　　　　2　　　　　　　　　　　　　　*New 12/01/2018*