UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 08 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DARREN MILLAM and DONALD SPRINKEL, individually and on behalf of all others situated, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ENERGIZER BRANDS, LLC and ENERGIZER HOLDINGS, INC., <br><br> Defendants - Appellees. | No. 23-55192 <br><br> D.C. No. 5:21-cv-01500-JWH-SHK <br> U.S. District Court for Central California, Riverside <br><br> **MANDATE** |

The judgment of this Court, entered June 14, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT